UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-21010(s)(s)-CR-MARTINEZ

UNITED STATES OF AMERICA,

vs.

PATRICK JOSEPH.

        Defendant.

_____/

## ORDER OF FORFEITURE

**WHEREAS**, on February, 2012, PATRICK JOSEPH (hereinafter, the "Defendant") pleaded guilty to the violation alleged in Count 8 of the Indictment returned on January 20, 2012.

**WHEREAS**, the Defendant agreed to forfeit, in the form of a money judgment, $955,596.69, which represents the amount of proceeds derived from or traceable to the conspiracy to commit money laundering to which the Defendant has pled guilty.

**WHEREAS** the Court finds that $955,596.69 in United States currency is an amount of money equal in value to the amount of proceeds derived from or traceable to the conspiracy to commit money laundering in the violations alleged in Count 8 of the Indictment.

**WHEREAS**, Rule 32.2(c)(1) of the Federal Rules of Criminal Procedure provides that "no ancillary proceeding is required to the extent that forfeiture consists of a money judgment,"

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that PATRICK JOSEPH shall pay $955,596.69 in United States currency to the United States;

**IT IS FURTHER ORDERED** that the United States District Court shall retain jurisdiction in this matter for the purpose of enforcing this Order of Forfeiture; and

**IT IS FURTHER ORDERED** that the United States may, at any time, move pursuant to Fed. R. Crim. P. 32.2(e) to amend this Order of Forfeiture so as to substitute property having a value not to exceed the sum of $955,596.69 in United States currency in satisfaction of the forfeiture money judgment in whole or in part; and

**IT IS FURTHER ORDERED** that the Clerk of the Court shall forward four certified copies of this Order of Forfeiture to the United States Attorney's Office, Southern District of Florida, Asset Forfeiture Division, 99 N.E. 4th Street, Miami, Florida 33132, Attention Assistant U.S. Attorney Karen Moore.

**DONE ORDERED** in Miami, Florida on this 6 day of July, 2012.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc:   AUSA Karen Moore (2 certified copies)