UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
SENTENCING MINUTES
FOR HON. JOSE E. MARTINEZ

Deft: Patrick Joseph                     Case No: 09-21010-CR-MARTINEZ

Clerk: Wanda Holston                     Date: July 6, 2012

Reporter: Dawn Whitmarsh                 USPO: Wendy Squitero

USDOJ: James Koukios                     Counsel: Guy Lewis; Richard Dansoh

Interpreter: French-standby

### JUDGEMENT AND SENTENCE

| **Imprisonment:** | Months | Count |
|---|---|---|
| | 12 months & 1 Day | 8 |

| **Supervised Release**/Probation | Years | Months | Count |
|---|---|---|---|
| | 1 | | 8 |

**Special Conditions**: Financial Disclosure Requirement; No New Debt Restriction; Self-Employment Restriction; Related Concern Restriction Permissible Search.                                                                 Court advised defendant of right to appeal

Assessment: **$100**    /Fine**:** / Restitution/ **Court entered Order of Forfeiture as to this defendant (DE843)**

**CUSTODY**

_____ Remanded to the Custody of the U.S. Marshal Service.

_____ Release on Bond pending appeal.

  **X**   Voluntary Surrender to designated facility or the U.S. Marshal Service at 301 N. Miami Ave, Miami, Florida 2nd Floor **on Monday, August 6, 2012, no later than 1:30 p.m.**

Commitment Recommendation:  The defendant shall be assigned as close to Miami as possible commensurate with his background and the offense of which he stands convicted.